UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:96CR71 CDP |
| ) | |
| MATTHEW T. ABBOTT, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

Defendant Matthew Abbott has requested early termination from supervised release. At this time he has served approximately half of his sentence of supervised release. He has adjusted well to supervision. However, I believe that because of the very serious nature of his criminal conduct, early release is not appropriate at this time. I will certainly consider another such request in the future, assuming he continues to comply with all conditions of supervision.

**IT IS HEREBY ORDERED** that Matthew Abbott's motion to terminate supervised release [#486] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of December, 2005.